7969-151/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DEQUAN HUDSON,

                        Plaintiff,

   -against-

THE CITY OF NEWBURGH, THE CITY OF NEWBURGH
POLICE DEPARTMENT, JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3 and THE CITY OF NEWBURGH POLICE
OFFICERS WHOSE NAMES ARE NOT YET KNOWN OR
IDENTIFIED, THE ORANGE COUNTY SHERIFF'S
DEPARTMENT, JOHN DOE #1, and THE ORANGE
COUNTY SHERIFF'S DEPARTMENT SERGEANT WHOSE
NAME IS NOT YET KNOWN OR IDENTIFIED,

                        Defendants.
-----------------------------------------------------------------x

**ORDER**

7:23-cv-04112(KMK)(AEK)

KARAS, K.

     It having been reported to this court that several of the state law claims at issue here are on appeal to the Appellate Division, Second Department and those claims necessarily affect the litigation here, IT IS HEREBY

     ORDERED, that this action is stayed while the appeal is pending in the Appellate Division. The parties are required to provide a status update to the court 180 days after the appeal has been fully perfected and to notify the court once a decision has been rendered, in which event the action will be restored to the calendar.

Dated: White Plains, New York
         September 19, 2023

                                      SO ORDERED

                                      Hon. Kenneth M. Karas

McCABE & MACK LLP, ATTORNEYS AT LAW, POST OFFICE BOX 509, POUGHKEEPSIE, NY 12602